United States Bankruptcy Court

**IN RE:** Case No. 24-41436

J1K5 LLC
_____ Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| | | |