Signed and Filed: October 15, 2024



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>J1K5 LLC,<br><br>        Debtor. | ) Bankruptcy Case<br>) No. 24-41436-CN<br>)<br>) Chapter 7<br>)<br>)<br>) Date:  October 18, 2024<br>) Time:  10:30 AM<br>) Via Tele/Videoconference<br>) Before The Hon. Dennis Montali<br>) www.canb.uscourts.gov/calendars<br>) |

**ORDER REASSIGNING CASE AND CHANGING TIME OF HEARING**

The real property located at 949-953 Lombard Street, San Francisco, CA 94133 allegedly owned by the Debtor was formerly owned by Lombard Flats, LLC (24-30047-DM-7) and after that by Legal Recovery LLC (24-30074-DM-7) and Legal Recovery LLC is 90% owned by Debtor Tina Foon-Yu Yan (24-30455-DM).

For the foregoing reasons, IT IS HEREBY ORDERED that this bankruptcy case is reassigned to the Honorable Dennis Montali. In the future, Bankruptcy Case No. 24-41436-CN will be Bankruptcy Case No. 24-41436-DM.

IT IS FURTHER ORDERED that the hearing on the Motion for Relief from Automatic Stay (Dkt. 9) currently scheduled for

October 18, 2024, at 2:00 PM is reset to **October 18, 2024, at 10:30 AM,** via tele/videoconference and will be heard before the Honorable Dennis Montali.

All hearings will be conducted by telephone or video conference unless otherwise noted. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**END OF ORDER**

COURT SERVICE LIST

All Creditors