Leeds Disston, Esq. SBN 045016
300 Frank H Ogawa Plz, Ste 205
Oakland, CA 94612-2060
Phone: 510-835-8110
Email: casdiss@yahoo.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

J1K5, LLC

        Debtor.

Case No.: 24-41436-DM
Chapter: 7
R.S. No. ALG-1

DECLARATION OF VI DAN TRAN IN SUPPORT OF SURRESPONSE TO MOVANT'S REPLY TO OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1), (d)(2) AND (d)(4)

Date: October 18, 2024
Time: 10:30 AM
Via Tele/Videoconference
Before The Hon. Dennis Montali
www.canb.uscourts.gov/calendars

I, VI DAN TRAN, declare:

1. Debtor is ready and able to perform the terms of the Agreement reached on August 8, 2024. Debtor is willing and able to follow the payment schedule as stipulated in the Agreement, that is, "Monthly plan payments of $7,500.00 each, to commence on August 15, 2024." Debtor is willing and able to pay all accrued payments since August 15, 2024 as a precondition for approval of a reorganization plan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/16/2024

/s/Vi Dan Tran