Entered on Docket
October 22, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. SBN 269170
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050;
Facsimile: (949) 608-9142
agraff@wrightlegal.net

**CHANGES MADE BY COURT**

Signed and Filed: October 22, 2024

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No.: 24-41436-DM |
| | Chapter: 7 |
| J1K5 LLC, | R.S. No. ALG-1 |
| Debtor. | **HEARING:** |
| | Date: October 18, 2024 |
| | Time: 10:30 am |
| | Judge: Honorable Dennis Montali |
| | Crtrm: **Via Zoom** |
| | Location: United States Bankruptcy Court |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1), (d)(2) AND (d)(4) (REAL PROPERTY)

The above-captioned Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C § 362(d)(1), (d)(2) and (d)(4) (Real Property) (the "Motion"), filed by Movant US Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for VRMTG Asset Trust ("Movant"), as to the real property located at 949-953 Lombard St., San Francisco,

1

CA 94133 [*See* ECF # 9], came regularly for hearing on October 18, 2024, at 10:30 AM, and was resolved after oral argument in the Courtroom of the Honorable Dennis Montali.

Appearances are as noted on the record.

Based on the moving papers and arguments made on the record, and for the reasons stated on the record, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. Relief from the automatic stay of 11 U.S.C. § 362 is granted under 11 U.S.C. §§ 362(d)(1) and (d)(2), as to Debtor and to Debtor's estate, as they apply to Movant, so that Movant may exercise its non-bankruptcy rights and remedies as to the real property located at 949-953 Lombard St., San Francisco, CA 94133 (APN: 01-0072-048-01; Legal Description Attached as **Exhibit A**) (the "Property"), including but not limited to, the commencement or continuation of a foreclosure sale in accordance with applicable state law and/or the commencement or continuation of an unlawful detainer proceeding and/or any other action necessary to obtain possession of the Property as authorized by state law.

2. Relief from the automatic stay is also granted under 11 U.S.C. § 362(d)(4): if recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

3. The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

/././

/././

2
Order Granting Motion for Relief from the Automatic Stay
Pursuant to 11 U.S.C. §§ 362(d)(1), (d)(2) & (d)(4)
Case: 24-41436  Doc# 30  Filed: 10/22/24  Entered: 10/22/24 10:59:07  Page 2 of 6

4. This Order shall be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the United States Bankruptcy Code.

**END OF ORDER**

# COURT SERVICE LIST

J1K5 LLC
4848 MacArthur Blvd
Oakland, CA 94619

# EXHIBIT A

# EXHIBIT A

# EXHIBIT A

**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN FRANCISCO, COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 48, as shown on the map entitled, "Parcel Map, Being a Resubdivision of Lot 20, Assessor's Block No. 72, San Francisco, California", filed on April 12, 1991 in Book 40 of Parcel Maps, at Page 125, in the office of the Recorder of the City and County of San Francisco, State of California (hereinafter "the Map").

APN: Lot 048, Block 0072

EXHIBIT A